UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JAMEL MONROE,

                Plaintiff,

        v.                                                9:05-CV-1590
                                                         (FJS/GHL)

STEVEN CRITELLI, Correctional Officer, Mid-State C.F.;
BRIAN LOCKWOOD, Correctional Officer, Mid-State, C.F.;
THERESA VIRKLER, IGP Supervisor, Mid-State C.F.; and
JANE DOE, Mail Room Clerk, Mid-State C.F.,

                Defendants.

---

APPEARANCES:                                    OF COUNSEL:

JAMEL MONROE, c/o Derrick James
    Plaintiff, *Pro Se*
268 Beach 17th Street
Far Rockaway, NY   11691

HON. ANDREW M. CUOMO              SENTA B. SIUDA
Attorney General of the State of New York   Assistant Attorney General
615 Erie Boulevard West, Suite 102
Syracuse, NY   13204-2455

**FREDERICK J. SCULLIN, JR., S.D.J.**:

## DECISION AND ORDER

      Presently before the Court is Magistrate Judge George H. Lowe's January 28, 2008

Report-Recommendation in which he recommends that the Court deny Plaintiff's motion for

summary judgment; grant Defendants Critelli, Lockwood and Virkler's cross-motion for

summary judgement and dismiss Plaintiff's complaint in its entirety. The Court having reviewed

the Report-Recommendation and the entire file in this matter and Plaintiff having filed no objections to said Report-Recommendation, the Court hereby

**ORDERS** that the Report-Recommendation filed by Magistrate Judge George H. Lowe on January 28, 2008, is, for the reasons stated therein, **ACCEPTED** in its entirety; and the Court further

**ORDERS** that Plaintiff's motion for summary judgment is **DENIED**; and the Court further

**ORDERS** that Defendants Critelli, Lockwood and Virkler's cross-motion for summary judgement is **GRANTED**; and the Court further

**ORDERS** that any of Plaintiff's claims against the three Defendants that are not the subject of their motion for summary judgment are **DISMISSED** pursuant to 28 U.S.C. § 1915A(e)(2)(ii) and/or 28 U.S.C. § 1915A(b) for failure to state a claim upon which relief may be granted; and the Court further

**ORDERS** that Plaintiff's claims against Jane Doe are **DISMISSED** with prejudice due to Plaintiff's failure to name or serve her or, in the alternative, due to his failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(e)(2)(B)(ii) and/or 28 U.S.C. § 1915A(b); and the Court further

**ORDERS** that, in light of the foregoing, Plaintiff's complaint is **DISMISSED** in its entirety with prejudice; and the Court further

**CERTIFIES** that for purposes of 28 U.S.C. § 1915A(a)(3), any appeal taken from the Court's final judgment in this action would not be taken in good faith; and the Court further

      **ORDERS** that the Clerk of the Court shall enter judgment in favor of Defendants and close this case.

**IT IS SO ORDERED**.

Dated: February 21, 2008
       Syracuse, New York

                                                         Frederick J. Scullin, Jr.
                                                         Senior United States District Court Judge